**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | International Directional Drilling, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 86-2970254 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 11950 Watermark Way<br>Parkland, FL 33076 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Broward | **Location of principal assets, if different from principal place of business** |
| | | County | 11950 Watermark Way Pompano Beach, FL 33076 |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.iddcorporation.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    International Directional Drilling, Inc.                                    Case number (if known) _____
      Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | Relationship |
|---|---|
| District _____ | When _____ | Case number, if known _____ |

Debtor    International Directional Drilling, Inc.                                      Case number (if known) _____
_____
Name

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

.   Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  International Directional Drilling, Inc.                          Case number (*if known*) _____
       Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      July 1, 2025
         MM / DD / YYYY

**X** /s/  Luiz Murilo Cardoso                        Luiz Murilo Cardoso
   Signature of authorized representative of debtor      Printed name

Title    Chief Financial Officer/Owner

**18. Signature of attorney**

**X** /s/ Chad Van Horn                  Date    July 1, 2025
  Signature of attorney for debtor                MM / DD / YYYY

Chad Van Horn
Printed name

Van Horn Law Group, P.A.
Firm name

500 NE 4th Street, Suite 200
Fort Lauderdale, FL 33301
Number, Street, City, State & ZIP Code

Contact phone   (954) 765-3166       Email address   chad@cvhlawgroup.com

64500 FL
Bar number and State

**Fill in this information to identify the case:**

Debtor name    International Directional Drilling, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 1, 2025    **X** /s/   Luiz Murilo Cardoso
                                            Signature of individual signing on behalf of debtor

                                            Luiz Murilo Cardoso
                                            Printed name

                                            Chief Financial Officer/Owner
                                            Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name      International Directional Drilling, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Blue Business Cash PO Box 6031 Carol Stream, IL 60197-6031 | | Credit Card | | | | $23,978.51 |
| Arvest Bank Group PO Box 799 Maysville, AR 72747 | | Deficiency for repossessed vehicle | Contingent Unliquidated Disputed | | | $0.00 |
| Arvest Bank Group PO Box 799 72745 | | Deficiency on repossessed vehicle | Contingent Unliquidated Disputed | | | $0.00 |
| Arvest Bank Group PO Box 799 72745 | | Defieciency on repossessed vehicle/equipment | Contingent Unliquidated Disputed | | | $0.00 |
| Arvest Bank Group PO Box 799 72745 | | Deficiency for repossessed vehicle/equipment | Contingent Unliquidated Disputed | | | $0.00 |
| Auto-Owners Insurance Company c/o Thomas Avrutis, Esq. Weltman Weinberg & Reis co. LPA PO Box 4137 Sarasota, FL 34230 | | Insurance premium default | Contingent Unliquidated Disputed | | | $17,294.84 |
| Caterpillar 2120 West End Avenue Nashville, TN 37203 | | Mini Excavator Caterpillar 2021 Model 303 ECR Serial HHM04556 | | $48,882.30 | $36,000.00 | $12,882.30 |
| David Montenegro c/o Zandro E. Palma, PA 9100 South Dadelan Boulevard, Suite 1500 Miami, FL 33156 | | Settlement of Litigation | | | | $10,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    International Directional Drilling, Inc.              Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Florida Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | | Tax Lien | | | | $593.09 |
| Florida Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | | Taxes | | | | Unknown |
| Florida Power & Light<br>700 Universe Boulevard<br>North Palm Beach, FL 33408 | | Negligence lawsuit | Contingent Unliquidated Disputed | | | $0.00 |
| IOU Financial<br>600 TownPark Lane Suite 100<br>Kennesaw, GA 30144 | | Loan | Contingent Unliquidated Disputed | | | $112,399.14 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  International Directional Drilling, Inc.                                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Locality Bank 1400 S. Andreews Avenue Fort Lauderdale, FL 33316 | | Wells Fargo Locality Bank Locality Bank 3x Short Piipe Box JT60; Directional Drill Ditch Witch JT24; Directional Drill Ditch Witch JT60; Directional Drill Vermeer D24x40 SE; Locator Marksman 32 Freq; Mixing System 1000gl Ditch Witch FM13V; Mixing System 2000gl Straightline; Vacuum Ditch Witch MV800 2022 Flat Bed Truck International 8600 Ford F350 Super Duty 2022 VIN# 1FT8W3BT9NEC8 3423 Ford F450 Super Duty 2020 VIN# 1FD0W4GT6LED9 9490 Ford F550 2018 VIN# 1FDUF5HTOJEC2 8270 Semi International 8600 2013 VIN# 1HTHXSHR4DH29 4333 Semi International MA25 2012 VIN# 3HAMMAAL5CL56 1818 Trailer Belshi Equipment JT24 2020 VIN#16JF01928L1 050427 Locator Falcon F2+; Locator Falcon F5+; Locator UM MAG9 50XF; Locator Utility Guard Subsite; Locator Utility Guard Subsite; Locator Utility Guard 2 Standard GPR Subsite 2550; Hydraulic Excavator CAT Model 303.5ECR; Mixing System 500gl Vermeer; Mixing System | Contingent Unliquidated Disputed | $2,500,000.00 | $1,953,232.76 | $546,767.24 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                                                                Best Case Bankruptcy

Debtor   International Directional Drilling, Inc. _____      Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MTX Group One LLC 7349 NW 54th Street Miami, FL 33166 | | Vemdpr | | | | $30,742.00 |
| NFS Leasing Inc. 900 Cummings Center, Suite 226-U Beverly, MA 01915 | | Lease agreement | Contingent Unliquidated Disputed | | | $63,021.27 |
| Samson MCA LLC 17 State Streeet, Suite 630 New York, NY 10004 | | Loan | | | | $283,617.23 |
| Tarheel Contractors Supply 162 Porter Road Rock Hill, SC 29730 | | Goods and services | Contingent Unliquidated Disputed | | | $36,919.28 |
| Wells Fargo Business Essential Card PO Box 77033 Minneapolis, MN 55480 | | Credit Card | | | | $3,343.76 |
| Wells Fargo Business Essential Card Po Box 77033 Minneapolis, MN 55480 | | Credit Card | | | | $1,723.54 |
| Wells Fargo Signify Essential Card PO Box 40310 Mesa, AZ 85274 | | Credit Card | | | | $11,602.93 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __International Directional Drilling, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................... $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................... $ _____2,399,972.76

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................... $ _____2,399,972.76

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................... $ _____2,786,926.71

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ _____593.09

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ _____594,642.50

4. **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b

    $ _____3,382,162.30

**Fill in this information to identify the case:**

Debtor name ___International Directional Drilling, Inc.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo | Business Checking | 5436 | $0.00 |
| 3.2. | Locality Bank | Business Checking | 1889 | $1,191.76 |
| 3.3. | Locality Bank | Business Checking | 0178 | $2,200.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $3,391.76 |
|---|

### Part 2:     Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:     Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    International Directional Drilling, Inc.                                           Case number *(If known)*
_____
Name

---

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: <br> International Directional Drilling Inc. 401K <br> Reliance Trust Company/ADP Retirement Services | | |
| | 14.1.   (7 active participants)   (No value except to Participants) | | Unknown |

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**                                                          $0.00

Add lines 14 through 16.   Copy the total to line 83.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| **General description** <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** <br> (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   Flat Bed Truck International 8600 | $0.00 | Debtor's opinion | $15,000.00 |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    International Directional Drilling, Inc.                                    Case number *(If known)*
                    Name

| | | | | |
|---|---|---|---|---|
| 47.2. | Ford F350 Super Duty 2022 VIN# 1FT8W3BT9NEC83423 | $0.00 | Debtor's opinion | $50,000.00 |
| 47.3. | Ford F450 Super Duty 2020 VIN# 1FD0W4GT6LED99490 | $0.00 | Debtor's opinion | $70,000.00 |
| 47.4. | Ford F550 2018 VIN# 1FDUF5HTOJEC28270 | $0.00 | Debtor's opinion | $55,000.00 |
| 47.5. | Semi International 8600 2013 VIN# 1HTHXSHR4DH294333 | $0.00 | Debtor's opinion | $25,000.00 |
| 47.6. | Semi International MA25 2012 VIN# 3HAMMAAL5CL561818 | $0.00 | Debtor's opinion | $25,000.00 |
| 47.7. | Trailer Belshi Equipment JT24 2020 VIN#16JF01928L1050427 | $0.00 | Debtor's opinion | $8,000.00 |
| 47.8. | RAM 3500 Truck 2024 (VIN# 3C63RRHL5RG184003) | $0.00 | Debtor's opinion | $65,000.00 |
| 47.9. | Ford F250 Super Duty 2019 (VIN# 1FT7W2BT3KEE90701) | $0.00 | Debtor's opinion | $50,000.00 |
| 47.10. | Ford F350 Super Duty 2021 (VIN# 1FT8W3DT5MED38302) | $0.00 | Debtor's opinion | $39,800.00 |
| 47.11. | Ford F550 Super Duty 2022 (VIN #1FDOW5GT1NEE24482) | $0.00 | Debtor's opinion | $60,000.00 |
| 47.12. | Ford F550 Super Duty 2022 (VIN# 1FDOW5GT8NEE24480) | $0.00 | Debtor's opinion | $60,000.00 |
| 47.13. | Big Tex Trailers 14LP-12 2024 VIN 16V1D172XR7332560 | $0.00 | Debtor's opinion | $9,900.00 |
| 47.14. | Big Tex Trailers 14LP-16 2023 VIN# 16V1D2125R5309164 | $0.00 | Debtor's opinion | $9,900.00 |
| 47.15. | Semi Freightliner M280 VIN# 1FVMC3BSXCHBT6206 | $0.00 | Debtor's opinion | $115,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | International Directional Drilling, Inc. | Case number *(if known)* | |
|--------|------|------|------|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 47.16 | Trailer Belsh T10; Trailer Butler T/A Reel 1988 VIN 1BUC25203I1002163; Trailer Custom Equipment (D20x22); Trailer Custom Reel RT-60; Trailer Dump Big Tex 2022 140A; Trailer Equipment 2012 VIN 1L9PU2021CG423966; Trailer Goosenec 2012 Vin 16VGX2529C2625932; Trailer Reel MRI130X3 White Serial 5E3SZ38N9NXN1000169; Trailer Reel MRI130X3 Black Serial 5E3SZ38N9N1000082; Trailer Reel Slaback Serial 5E3SZ28N0N1000433; Trailer Reel Vin 1L9LR1010MG321772. | | $0.00 | Debtor's opinion | $147,400.00 |

| | | |
|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | |
| 49. | **Aircraft and accessories** | |

| | | | | |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | 3x Short Piipe Box JT60; Directional Drill Ditch Witch JT24; Directional Drill Ditch Witch JT60; Directional Drill Vermeer D24x40 SE; Locator Marksman 32 Freq; Mixing System 1000gl Ditch Witch FM13V; Mixing System 2000gl Straightline; Vacuum Ditch Witch MV800 2022 | $0.00 | Debtor's opinion | $1,272,500.00 |
| | Hydraulic Excavator Caterpillar 2023 Model 301.7 ECR serial JH710313 | $0.00 | Debtor's opinion | $40,000.00 |
| | Mini Excavator Caterpillar 2021 Model 303 ECR Serial HHM04556 | $0.00 | Debtor's opinion | $36,000.00 |
| | Forklift Warehouse Caterpillar 2022 | $0.00 | Debtor's opinion | $22,500.00 |
| | Locator UM MAGX PRO 50XF Serial 111011554 | $0.00 | Debtor's opinion | $27,095.00 |
| | Locator UM MAGX PRO 50XF 111010788 | $0.00 | Debtor's Opinion | $26,545.00 |
| | Locator Falcon F2+; Locator Falcon F5+; Locator UM MAG9 50XF; Locator Utility Guard Subsite; Locator Utility Guard Subsite; Locator Utility Guard 2 Standard Serial 8507806; GPR Subsite 2550; Hydraulic Excavator CAT Model 303.5ECR; Mixing System 500gl Vermeer; Mixing System Ditch Witch 2000gl; Vacuum Vermeer VACTRON 2019 Vin 5HZBF1929JLKJ2348 | $0.00 | Debtor's opinion | $166,941.00 |

| | | | |
|---|---|---|---|
| 51. | **Total of Part 8.** | | $2,396,581.00 |
| | Add lines 47 through 50.   Copy the total to line 87. | | |
| 52. | **Is a depreciation schedule available for any of the property listed in Part 8?** | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   International Directional Drilling, Inc.                          Case number *(If known)*
         Name

☒ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|------------------------------------|
| **60.   Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.   Internet domain names and websites** | | | |
| **62.   Licenses, franchises, and royalties**<br>State of Florida, Department of Business and Professional Regulation - Construction Licensing Board - License #CUC1225594<br><br>No value except to Debtor | $0.00 | | $0.00 |
| Coconut Creek - Busines Tax License #2100000139;<br>Broward County - Business Tax License #189-325015;<br>State of Florida, Dept of Business and Professional Regulation - Construction Industry License #CUC122559<br><br>NO VALUE EXCEPT TO DEBTOR | $0.00 | | $0.00 |
| **63.   Customer lists, mailing lists, or other compilations** | | | |
| **64.   Other intangibles, or intellectual property** | | | |
| **65.   Goodwill** | | | |

66.   **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.

      | $0.00 |
      |-------|

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ☒ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☒ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    International Directional Drilling, Inc.                    Case number *(If known)*
          Name

☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    International Directional Drilling, Inc.          Case number *(If known)* _____
           Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,391.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,396,581.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,399,972.76 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,399,972.76 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    International Directional Drilling, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |

**2.1**   Ally Servicing LLC for Ally Bank

Creditor's Name

PO Box 6601109
Dallas, TX 75266-0109

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
Ford F250 Super Duty 2019 (VIN# 1FT7W2BT3KEE90701)

**Describe the lien**
Vehicle loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
4964

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $24,104.10    Column B: $50,000.00

---

**2.2**   Caterpillar

Creditor's Name

2120 West End Avenue
Nashville, TN 37203

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
Hydraulic Excavator Caterpillar 2023 Model 301.7 ECR serial JH710313

**Describe the lien**
Equipment loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
7389

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $34,037.54    Column B: $40,000.00

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   International Directional Drilling, Inc.                                   Case number (if known) _____
         Name

---

| 2.3 | Caterpillar | Describe debtor's property that is subject to a lien | $48,882.30 | $36,000.00 |

**Creditor's Name**

2120 West End Avenue
Nashville, TN 37203

Creditor's mailing address

Mini Excavator Caterpillar 2021 Model 303 ECR
Serial HHM04556

**Describe the lien**
Equipment loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
4961

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Caterpillar | Describe debtor's property that is subject to a lien | $1,495.46 | $22,500.00 |

**Creditor's Name**

2120 West End Avenue
37203

Creditor's mailing address

Forklift Warehouse Caterpillar 2022

**Describe the lien**
Equipment loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
0085

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Ford Credit | Describe debtor's property that is subject to a lien | $39,329.47 | $39,800.00 |

**Creditor's Name**

PO Box 650575
Dallas, TX 75265-0575

Creditor's mailing address

Ford F350 Super Duty 2021 (VIN# 1FT8W3DT5MED38302)

**Describe the lien**
Vehicle loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2021

**Last 4 digits of account number**
0430

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

Debtor  International Directional Drilling, Inc.
       Name

Case number (if known)

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Locality Bank | Describe debtor's property that is subject to a lien | $2,500,000.00 | $1,953,232.76 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
Wells Fargo; Locality Bank; Locality Bank; 3x
Short Piipe Box JT60; Directional Drill Ditch
Witch JT24; Directional Drill Ditch Witch JT60;
Directional Drill Vermeer D24x40 SE; Locator
Marksman 32 Freq; Mixing System 1000gl Ditch
Witch FM13V; Mixing System 2000gl
Straightline; Vacuum Ditch Witch MV800 2022;
Flat Bed Truck International 8600; Ford F350
Super Duty 2022 VIN# 1FT8W3BT9NEC83423;
Ford F450 Super Duty 2020 VIN#
1FD0W4GT6LED99490; Ford F550 2018 VIN#
1FDUF5HTOJEC28270; Semi International 8600
2013 VIN# 1HTHXSHR4DH294333; Semi
International MA25 2012 VIN#
3HAMMAAL5CL561818; Trailer Belshi
Equipment JT24 2020
VIN#16JF01928L1050427; Locator Falcon F2+;
Locator Falcon F5+; Locator UM MAG9 50XF;
Locator Utility Guard Subsite; Locator Utility
Guard Subsite; Locator Utility Guard 2 Standard
Serial 8507806; GPR Subsite 2550; Hydraulic
Excavator CAT Model 303.5ECR; Mixing System
500gl Vermeer; Mixing System Ditch Witch
2000gl; Vacuum Vermeer VACTRON 2019 Vin
5HZBF1929JLKJ2348; Semi Freightliner M280
VIN# 1FVMC3BSXCHBT6206; Trailer Belsh
T10; Trailer Butler T/A Reel 1988 VIN
1BUC25203I1002163; Trailer Custom Equipment
(D20x22); Trailer Custom Reel RT-60; Trailer
Dump Big Tex 2022 140A; Trailer Equipment
2012 VIN 1L9PU2021CG423966; Trailer
Goosenec 2012 Vin 16VGX2529C2625932;
Trailer Reel MRI130X3 White Serial
5E3SZ38N9NXN1000169; Trailer Reel
MRI130X3 Black Serial 5E3SZ38N9N1000082;
Trailer Reel Slaback Serial
5E3SZ28N0N1000433; Trailer Reel Vin
1L9LR1010MG321772.

1400 S. Andreews Avenue
Fort Lauderdale, FL 33316
Creditor's mailing address

**Describe the lien**
Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2022
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor  International Directional Drilling, Inc.                      Case number (if known)

| | |
|---|---|
| **2.7**  Synchrony Bank | **Describe debtor's property that is subject to a lien**  Unknown    $19,800.00 |

Creditor's Name
Attn:  Bankruptcy Dept.
PO Box 965064
Orlando, FL 32896-5604

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Big Tex Trailers 14LP-12 2024 VIN
16V1D172XR7332560; Big Tex Trailers 14LP-16
2023 VIN# 16V1D2125R5309164

**Describe the lien**
Equipment lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | |
|---|---|
| **2.8**  Toyota Commercial Finance | **Describe debtor's property that is subject to a lien**  $52,276.10    $60,000.00 |

Creditor's Name

PO Box 660926
Dallas, TX 75266-0926

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Ford F550 Super Duty 2022 (VIN#
1FDOW5GT8NEE24480)

**Describe the lien**
Vehicle loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
6/2022

**Last 4 digits of account number**
0861

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | |
|---|---|
| **2.9**  Toyota Commercial Finance | **Describe debtor's property that is subject to a lien**  $53,668.74    $60,000.00 |

Creditor's Name

PO Box 660926
Dallas, TX 75266-0926

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Ford F550 Super Duty 2022 (VIN
#1FDOW5GT1NEE24482)

**Describe the lien**
Vehicle lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
7/2022

**Last 4 digits of account number**
3236

**Do multiple creditors have an interest in the same property?**
☒ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 6

Debtor   International Directional Drilling, Inc.                          Case number (if known) _____
_____
Name

| | |
|---|---|
| including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

---

| 2.1 0 | Underground Magnetics | Describe debtor's property that is subject to a lien | $33,133.00 | $53,640.00 |
|---|---|---|---|---|

Creditor's Name

Locator UM MAGX PRO 50XF Serial
111011554; Locator UM MAGX PRO 50XF
5401 NW Beaver Drive                                         111010788
Johnston, IA 50131
_____
Creditor's mailing address

**Describe the lien**
Equipment loan
_____

**Is the creditor an insider or related party?**
☒ No
_____
Creditor's email address, if known                           ☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**                                    ☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $2,786,926.71 |

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Adrian Rust, Esq.<br>Burr & Forman LLP<br>Bank of America Tower<br>50 North Laura Street Suite 3000<br>Jacksonville, FL 32202 | Line  2.6 | |
| Ally Bank<br>Po Box 380901<br>Minneapolis, MN 55438 | Line  2.1 | |
| Ford Credit<br>Bankruptcy Department<br>PO Box 35911<br>Cleveland, OH 44135-0911 | Line  2.5 | |
| U.S. Attorney for SBA<br>99 NE 4th Street<br>33132 | Line  2.6 | |
| U.S. Small Business Administration<br>409 3rd Street SW<br>Washington, DC 20416 | Line  2.6 | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    International Directional Drilling, Inc.                          Case number (if known) _____
_____
Name

U.S. Small Business Administration
51 SW 1st Ave.                                                    Line   2.6
Ste. 201
Miami, FL 33130

**Fill in this information to identify the case:**

Debtor name __International Directional Drilling, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Florida Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **Unknown**    Priority amount: **Unknown**

Date or dates debt was incurred _____

Basis for the claim:
Taxes

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** Priority creditor's name and mailing address
Florida Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$593.09**    Priority amount: **$593.09**

Date or dates debt was incurred
12/31/22

Basis for the claim:
Tax Lien

Last 4 digits of account number __4812__

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.3** Priority creditor's name and mailing address
Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **Unknown**    Priority amount: **Unknown**

Date or dates debt was incurred _____

Basis for the claim:
Taxes

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

Debtor  International Directional Drilling, Inc.                                    Case number (if known) _____
       Name

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| **3.1** | **Nonpriority creditor's name and mailing address**<br>American Express<br>Blue Business Cash<br>PO Box 6031<br>Carol Stream, IL 60197-6031<br><br>**Date(s) debt was incurred** _2024 to present_<br>**Last 4 digits of account number** _1007_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Credit Card_<br><br>Is the claim subject to offset? ☒ No   ☐ Yes | $23,978.51 |
|---|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Arvest Bank Group<br>PO Box 799<br>Maysville, AR 72747<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _0134_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _Deficiency for repossessed vehicle_<br><br>Is the claim subject to offset? ☒ No   ☐ Yes | Unknown |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Arvest Bank Group<br>PO Box 799<br>72745<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _5533_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _Deficiency on repossessed vehicle_<br><br>Is the claim subject to offset? ☒ No   ☐ Yes | Unknown |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Arvest Bank Group<br>PO Box 799<br>72745<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _0054_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _Defieciency on repossessed vehicle/equipment_<br><br>Is the claim subject to offset? ☒ No   ☐ Yes | Unknown |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Arvest Bank Group<br>PO Box 799<br>72745<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _0069_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _Deficiency for repossessed vehicle/equipment_<br><br>Is the claim subject to offset? ☒ No   ☐ Yes | Unknown |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>Auto-Owners Insurance Company<br>c/o Thomas Avrutis, Esq.<br>Weltman Weinberg & Reis co. LPA<br>PO Box 4137<br>Sarasota, FL 34230<br><br>**Date(s) debt was incurred** _2023_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _Insurance premium default_<br><br>Is the claim subject to offset? ☒ No   ☐ Yes | $17,294.84 |
| **3.7** | **Nonpriority creditor's name and mailing address**<br>David Montenegro<br>c/o Zandro E. Palma, PA<br>9100 South Dadelan Boulevard, Suite 1500<br>Miami, FL 33156<br><br>**Date(s) debt was incurred** _2024_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Settlement of Litigation_<br><br>Is the claim subject to offset? ☒ No   ☐ Yes | $10,000.00 |

Debtor   International Directional Drilling, Inc.                                 Case number (if known) _____
              Name

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Florida Power & Light
700 Universe Boulevard
North Palm Beach, FL 33408

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Negligence lawsuit
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Ford Credit
PO Box 650573
Dallas, TX 75265-0573

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 6/2025
**Last 4 digits of account number** 8963

**Basis for the claim:** Deficiency balance for vehicle repossession
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $112,399.14 |

IOU Financial
600 TownPark Lane Suite 100
Kennesaw, GA 30144

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 9/2024
**Last 4 digits of account number** 9572

**Basis for the claim:** Loan
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Lyons Corporate Park LLLP
6601 Lyons Road, Suite C-1
Pompano Beach, FL 33073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Deficiency for commercial premises lease agreement
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

M & T Bank
PO Box 767
Buffalo, NY 14240-0767

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Deficiency for repossessed vehicle
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Michael Williams
c/o C. Ryan Morgan
Morgan & Morgan PA
20 N. Orange Avenue, 15th Floor
Orlando, FL 32802

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 2024
**Last 4 digits of account number** _

**Basis for the claim:** Labor dispute
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30,742.00 |

MTX Group One LLC
7349 NW 54th Street
Miami, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024
**Last 4 digits of account number** _

**Basis for the claim:** Vemdpr
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $63,021.27 |

NFS Leasing Inc.
900 Cummings Center, Suite 226-U
Beverly, MA 01915

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Lease agreement
Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  International Directional Drilling, Inc.                          Case number (if known)
        Name

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $283,617.23 |

**3.16** Nonpriority creditor's name and mailing address
Samson MCA LLC
17 State Streeet, Suite 630
New York, NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/2024

**Basis for the claim:** Loan

**Last 4 digits of account number** 3030

Is the claim subject to offset? ☒ No ☐ Yes

As of the petition filing date, the claim is: Check all that apply.    $283,617.23

---

**3.17** Nonpriority creditor's name and mailing address
Tarheel Contractors Supply
162 Porter Road
Rock Hill, SC 29730

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Goods and services

**Last 4 digits of account number** 2861

Is the claim subject to offset? ☐ No ☐ Yes

As of the petition filing date, the claim is: Check all that apply.    $36,919.28

---

**3.18** Nonpriority creditor's name and mailing address
Wells Fargo Business Essential Card
Po Box 77033
Minneapolis, MN 55480

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit Card

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

As of the petition filing date, the claim is: Check all that apply.    $1,723.54

---

**3.19** Nonpriority creditor's name and mailing address
Wells Fargo Business Essential Card
PO Box 77033
Minneapolis, MN 55480

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit Card

**Last 4 digits of account number** 5132

Is the claim subject to offset? ☒ No ☐ Yes

As of the petition filing date, the claim is: Check all that apply.    $3,343.76

---

**3.20** Nonpriority creditor's name and mailing address
Wells Fargo Signify Essential Card
PO Box 40310
Mesa, AZ 85274

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024 to present

**Basis for the claim:** Credit Card

**Last 4 digits of account number** 7900

Is the claim subject to offset? ☒ No ☐ Yes

As of the petition filing date, the claim is: Check all that apply.    $11,602.93

---

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Berkovitch & Bouskila PLLC<br>1545 US-202<br>Pomona, NY 10970 | Line 3.16<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Ford Credit<br>Bankruptcy Department<br>PO Box 35911<br>Cleveland, OH 44135-0911 | Line 3.9<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Internal Revenue Service<br>1248 North University Drive<br>33322-2032 | Line 2.3<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | International Directional Drilling, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | James M. Vant, Esq.<br>900 Cummings Center, Suite 226U<br><br>Beverly, MA 01915 | Line _3.15_<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Jesse M. Tillman III<br>Frost Echols LLC<br>PO Box 12646<br>Rock Hill, SC 29731 | Line _3.17_<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | Priscilla Jimenez, Esq.<br>Florida Power & Light<br>700 Universe Boulevard<br>North Palm Beach, FL 33408 | Line _3.8_<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | Wells Fargo<br>SBCS-Account Servicing Team<br>PO Box 470310<br>Mesa, AZ 85274 | Line _3.19_<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | Wells Fargo - SBCS-Account Servicing Tea<br>PO Box 40310<br>Mesa, AZ 85274 | Line _3.18_<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 593.09 |
| 5b. Total claims from Part 2 | 5b. + | $ | 594,642.50 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 595,235.59 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   International Directional Drilling, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Equipment storage | |
| State the term remaining — month-to-month | BG Katz Nurseries |
| List the contract number of any government contract | 15800 Loxahatchee Road |
| | Parkland, FL 33076 |

| Fill in this information to identify the case: |
| --- |

Debtor name    International Directional Drilling, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Archimedes X. Da Silveira Neto | 9785 Liberty Road<br>Boca Raton, FL 33434 | NFS Leasing Inc. | ☐ D _____<br>☒ E/F ___3.15___<br>☐ G _____ |
| 2.2 | Danny B. Fournel | 11950 Watermark Way<br>33073 | Locality Bank | ☒ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Danny B. Fournel | 11950 Watermark Way<br>33073 | Samson MCA LLC | ☐ D _____<br>☒ E/F ___3.16___<br>☐ G _____ |
| 2.4 | Fernanda Rodriquez Del Olmo | 9785 Liberty Road<br>Boca Raton, FL 33434 | NFS Leasing Inc. | ☐ D _____<br>☒ E/F ___3.15___<br>☐ G _____ |
| 2.5 | Luiz M. Cardoso | 11950 Watermark Way<br>Pompano Beach, FL 33073 | Locality Bank | ☒ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Luiz M. Cardoso | 11950 Watermark Way<br>Pompano Beach, FL 33073 | IOU Financial | ☐ D _____<br>☒ E/F ___3.10___<br>☐ G _____ |

Debtor    International Directional Drilling, Inc.                    Case number *(if known)*_____

| ██ | **Additional Page to List More Codebtors** | |
|---|---|---|
| | Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page. | |
| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

| 2.7 | Luiz M. Cardoso | 11950 Watermark Way<br>Pompano Beach, FL 33073 | Samson MCA LLC | ☐ D _____<br>☒ E/F ___3.16___<br>☐ G _____ |
|---|---|---|---|---|
| 2.8 | Luiz M. Cardoso | 11950 Watermark Way<br>Pompano Beach, FL 33076 | American Express | ☐ D _____<br>☒ E/F ___3.1___<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |
| Debtor name    International Directional Drilling, Inc. |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known)    _____ |

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $30,000.00 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other _____ | $3,579,565.57 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $4,089,031.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- |
| | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Debtor  International Directional Drilling, Inc.    Case number *(if known)*

---

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Arvest Bank Group<br>PO Box 799<br>72745 | Ford F250 Super Duty 2019 Truck (VIN# 5FTCR2322P2011002) | February 2025 | $22,000.00 |
| Ford Credit | Ford F550 Super Duty 2019 (VIN# 1FDOX5FT3KEG77652) - Leased vehicle | June 2025 | Unknown |
| Arvest Bank Group<br>PO Box 799<br>72745 | Vacuum Ditch Witch MV800 2021 (VIN# 1DSB222Y1M1700736) | March 2025 | $47,500.00 |
| Arvest Bank Group<br>PO Box 799<br>Lowell, AR 72745 | Vacuum Ditch Witch MV800 2022; and Utility Vacuum VE75 | March 2025 | $58,985.00 |
| NFS Leasing | Directional Drill Vermeer D20x22 S3 (equipment was leased) | February 2025 | Unknown |
| Arvest Bank Group<br>PO Box 799<br>Maysville, AR 72747 | Felling FT-14-2-R Trailer (VIN# 5FTCR2322P201102) | March 2025 | $22,000.00 |
| Samson MCA LLC<br>17 State Streeet, Suite 630<br>New York, NY 10004 | Garnishment of Wells Fargo bank account | 4/18/25 | $5,520.68 |
| M&T Bank<br>PO Box 767<br>Buffalo, NY 14240-0767 | RAM 3500 Truck 2024 (VIN# 3C63RRHL5RG184003) | June 2025 | $54,000.00 |
| Lyons Corporate Park LLLP<br>6601 Lyons Road, Suite C-1<br>Pompano Beach, FL 33073 | 1 meeting table w/8 chairs; 4 wrking tables; 8 chairs; 1 front desk; 1 chair; 1 office desk; 3 chairs; 1 - 65" television; 2 white board glass; 2 shelves stainless steel; warehouse shelves; 1 sofa; 1 glass center table; 2 cabinets; 2 printer | March 2025 - left behind at commercial premises with Debtor vacated. | $8,500.00 |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor __International Directional Drilling, Inc._____     Case number *(if known)* _____

---

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Auto-Owners Insurance Company v. International Directional Drilling<br>COSO23007650 | Collection | Broward County Court | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.2. Locality Bank v. International Directional Drilling<br>CACE25005318 | Collection | Broward County Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. Samson MCA LLC v. International Directional Drilling<br>CACE25006100 | Collection/Foreign Judgment | Broward County Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. Florida Power & Light v. International Directional Drilling<br>CACE25008421 | Negligence | Broward County Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. Michael Williams, et al. v. International Directional Drilling Inc.<br>0:25-CV-60367-RS | Labor dispute | US District Court/Southern District of Florida | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

---

Debtor   International Directional Drilling, Inc.                    Case number *(if known)*

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Van Horn Law Group PA<br>500 NE 4th Street, Suite 200<br>Fort Lauderdale, FL 33301 | Attorney retainer; $12,500.00; Cost retainer $2,500.00 - Total paid: $15,000.00.Reduction for pre-filing billing of attorney fees - $11,272.50 and $1,728.00 filing feeBalance - Attorney retainer $1,227.50; Cost retainer: $762.00 | 5/9/25 | $12,500.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Express Utilities Service Inc.<br>2992 E. Quail Court<br>33452 | 2019 Vactron CS127GT - Serial #5HZBF1929JLKJ2348 | March 7, 2025 | $15,000.00 |
| | Relationship to debtor<br>None | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1. 6601 Lyons Road, Suite A-5<br>Coconut Creek, FL 33073 | July 2021 to March 2025 |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    International Directional Drilling, Inc.                    Case number *(if known)*

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Debtor | International Directional Drilling, Inc. | Case number *(if known)* | |
|---|---|---|---|

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☒ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

---

Debtor　International Directional Drilling, Inc.　　　　　Case number *(if known)*　

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Luiz Murilo Cardoso | | Chief Financial Officer and Owner | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Danny Bruce Fournel | | Chief Executive Officer and Owner | 50% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Danny Fournel | $92,063.78 | June 2024 to June 2025 | Salary/Draw/Reimbursement |
| | **Relationship to debtor** CEO/Owner | | | |
| 30.2. | Luiz Murilo Cardoso | $100,257.04 | June 2024 to June 2025 | Salary/Draw/Reimbursement |
| | **Relationship to debtor** CFO/Owner | | | |

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    International Directional Drilling, Inc.    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

> **WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 1, 2025

/s/   Luiz Murilo Cardoso                                        Luiz Murilo Cardoso
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Chief Financial Officer/Owner

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re    International Directional Drilling, Inc.

Debtor(s)

Case No.
Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Danny Bruce Fournel<br>6601 Lyons Road, Suite A-5<br>Pompano Beach, FL 33076 | Common | | 50% |
| Luiz Murilo Cardoso<br>6601 Lyons Road Suite A-5<br>Pompano Beach, FL 33076 | Common | | 50% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer/Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    July 1, 2025

Signature    /s/  Luiz Murilo Cardoso

Luiz Murilo Cardoso

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re   International Directional Drilling, Inc.                         Case No.

                                          Debtor(s)                    Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer/Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   July 1, 2025                     /s/  Luiz Murilo Cardoso

                                                  Luiz Murilo Cardoso/Chief Financial Officer/Owner
                                                  Signer/Title

Adrian Rust, Esq.
Burr & Forman LLP Bank of America Tower
50 North Laura Street Suite 3000
Jacksonville, FL 32202


Ally Bank
Po Box 380901
Minneapolis, MN 55438


Ally Servicing LLC for Ally Bank
PO Box 6601109
Dallas, TX 75266-0109


American Express
Blue Business Cash
PO Box 6031
Carol Stream, IL 60197-6031


Archimedes X. Da Silveira Neto
9785 Liberty Road
Boca Raton, FL 33434


Arvest Bank Group
PO Box 799
72745


Arvest Bank Group
PO Box 799
Maysville, AR 72747


Auto-Owners Insurance Company
c/o Thomas Avrutis, Esq.
Weltman Weinberg & Reis co. LPA PO Box 4
Sarasota, FL 34230


Berkovitch & Bouskila PLLC
1545 US-202
Pomona, NY 10970


BG Katz Nurseries
15800 Loxahatchee Road
Parkland, FL 33076


Caterpillar
2120 West End Avenue
Nashville, TN 37203


Caterpillar
2120 West End Avenue
37203


Danny B. Fournel
11950 Watermark Way
33073

David Montenegro
c/o Zandro E. Palma, PA
9100 South Dadelan Boulevard, Suite 1500
Miami, FL 33156


Fernanda Rodriquez Del Olmo
9785 Liberty Road
Boca Raton, FL 33434


Florida Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668


Florida Power & Light
700 Universe Boulevard
North Palm Beach, FL 33408


Ford Credit
Bankruptcy Department
PO Box 35911
Cleveland, OH 44135-0911


Ford Credit
PO Box 650575
Dallas, TX 75265-0575


Ford Credit
PO Box 650573
Dallas, TX 75265-0573


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101


Internal Revenue Service
1248 North University Drive
33322-2032


IOU Financial
600 TownPark Lane Suite 100
Kennesaw, GA 30144


James M. Vant, Esq.
900 Cummings Center, Suite 226U
Beverly, MA 01915


Jesse M. Tillman III
Frost Echols LLC
PO Box 12646
Rock Hill, SC 29731


Locality Bank
1400 S. Andreews Avenue
Fort Lauderdale, FL 33316

```
Luiz M. Cardoso
11950 Watermark Way
Pompano Beach, FL 33073


Luiz M. Cardoso
11950 Watermark Way
Pompano Beach, FL 33076


Lyons Corporate Park LLLP
6601 Lyons Road, Suite C-1
Pompano Beach, FL 33073


M & T Bank
PO Box 767
Buffalo, NY 14240-0767


Michael Williams
c/o C. Ryan Morgan Morgan & Morgan PA
20 N. Orange Avenue, 15th Floor
Orlando, FL 32802


MTX Group One LLC
7349 NW 54th Street
Miami, FL 33166


NFS Leasing Inc.
900 Cummings Center, Suite 226-U
Beverly, MA 01915


Priscilla Jimenez, Esq.
Florida Power & Light
700 Universe Boulevard
North Palm Beach, FL 33408


Samson MCA LLC
17 State Streeet, Suite 630
New York, NY 10004


Synchrony Bank
Attn:  Bankruptcy Dept.
PO Box 965064
Orlando, FL 32896-5604


Tarheel Contractors Supply
162 Porter Road
Rock Hill, SC 29730


Toyota Commercial Finance
PO Box 660926
Dallas, TX 75266-0926


U.S. Attorney for SBA
99 NE 4th Street
33132
```

U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416


U.S. Small Business Administration
51 SW 1st Ave.
Ste. 201
Miami, FL 33130


Underground Magnetics
5401 NW Beaver Drive
Johnston, IA 50131


Wells Fargo
SBCS-Account Servicing Team
PO Box 470310
Mesa, AZ 85274


Wells Fargo - SBCS-Account Servicing Tea
PO Box 40310
Mesa, AZ 85274


Wells Fargo Business Essential Card
Po Box 77033
Minneapolis, MN 55480


Wells Fargo Business Essential Card
PO Box 77033
Minneapolis, MN 55480


Wells Fargo Signify Essential Card
PO Box 40310
Mesa, AZ 85274